**Opinion filed February 10, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00213-CR

_____

**MELVIN LEE LEWIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 25996A**

## M E M O R A N D U M   O P I N I O N

Appellant, Melvin Lee Lewis, has filed a motion to dismiss this appeal. In the motion, Appellant asks this court to withdraw his notice of appeal and dismiss the appeal. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


February 10, 2017                                                    PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.